UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICHARD SCHMIDT, )
)
      Plaintiff, )
v. ) CASE NO. CV613-19
)
C.R. BARD, INC. )
and DAVOL, INC., )
      Defendants, )
)
)

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** without prejudice. The clerk of the Court is **DIRECTED** to close the case.

**SO ORDERED** this /5 day of January, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia